Bella Gudinsky Millman, Respondent, v. Jacob P. Adler, Appellant, Impleaded with Sigmund Mogulesko.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Abraham Robinson, Respondent, v. Merida Realty Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

S. Grace Congdon, Appellant, v. Westcott Express Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jessie Suter, Respondent, v. Otto Suter, Defendant. D. W. Steele, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Oppenheimer, Appellant, v. Emanuel Van Raalte and Zealie Van Raalte, Copartners, Doing Business under the Firm Name and Style of S. Oppenheimer & Levy, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David H. Darrin, Respondent, v. Beatrice Whitmore Darrin, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of so amending the judgment as to require plaintiff to pay to the defendant the sum of ten dollars per week for the support of each of the minor children during their minority. No opinion. Settle order on notice.

Julius Sachs, Respondent, v. Bernard Galewski, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles A. Grant and Samuel Miers, Respondents, v. Samuel Parsons, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Theodore Guterman, Respondent, v. Isidor Wexler and Others, Impleaded with Morris Levy and Jacob Lapinsky, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Moses R. Ryttenberg, as Receiver of the Subway and Suburban Construction Company, Respondent, v. J. Treadwell Richards, Appellant, Impleaded with City and County Contract Company and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William H. Davol and Others, Respondents, v. Marshall Lefferts, Appellant, Impleaded with Joseph D. Taylor and Herman E. Braun.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Adolph Cypress, Appellant, v. Edward Berger, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert Lee Fisher, Appellant, v. Florence E. Fisher, Respondent.— Order modified by reducing counsel fee to $200 and as so modified affirmed, without costs. No opinion.